**CHIEF JUSTICE**
  ROGELIO VALDEZ

**JUSTICES**
  NELDA V. RODRIGUEZ
  DORI CONTRERAS GARZA
  GINA M. BENAVIDES
  GREGORY T. PERKES
  NORA L. LONGORIA

**CLERK**
  DORIAN E. RAMIREZ

NUECES COUNTY COURTHOUSE
901 LEOPARD, 10TH FLOOR
CORPUS CHRISTI, TEXAS 78401
361-888-0416 (TEL)
361-888-0794 (FAX)

HIDALGO COUNTY
ADMINISTRATION BLDG.
100 E. CANO, 5TH FLOOR
EDINBURG, TEXAS 78539
956-318-2405 (TEL)
956-318-2403 (FAX)

*www.txcourts.gov/13thcoa*



# Court of Appeals

## Thirteenth District of Texas

December 30, 2014

Hon. Scott F. Lemanski
Attorney at Law
400 Mann St., Suite 700
Corpus Christi, TX 78401
* DELIVERED VIA E-MAIL *

Hon. Mark Skurka
District Attorney
901 Leopard Street, Room 205
Corpus Christi, TX 78401
* DELIVERED VIA E-MAIL *

Re:        Cause No. 13-14-00207-CR
Tr.Ct.No.  13-CR-3607-B(S1)
Style:     Justin Olle v. The State of Texas

Dear Sir/Madam:

Appellant's motion for extension of time to file brief in the above cause was this day GRANTED by this Court. The time has been extended to Wednesday, January 28, 2015.

Very truly yours,

Dorian E. Ramirez, Clerk

DER:ch